### 16656.  DOUGLAS *v.* MINCHEW.

LUKE, J.  The evidence in this case authorized the verdict.  The grounds of the motion for a new trial based upon newly discovered evidence have been considered, and in our opinion do not require a reversal of the judgment overruling the motion for a new trial.

*Judgment affirmed.  Broyles, C. J., and Bloodworth, J., concur.*

DECIDED NOVEMBER 10, 1925.

Complaint; from Bacon superior court—Judge Reed.  May 23, 1925.

*I. J. Bussell,* for plaintiff in error.
*E. H. Williams,* contra.

---

### 16659.  FOX *v.* NEWINGTON MOTOR COMPANY.

BROYLES, C. J.  The sole assignment of error in the bill of exceptions is upon the judgment striking the defendant's plea.  Under repeated rulings of the Supreme Court and of this court such a judgment is not a final judgment, and a bill of exceptions thereto will not lie.

*Writ of error dismissed.  Luke and Bloodworth, JJ., concur.*

DECIDED NOVEMBER 10, 1925.

Complaint; from city court of Springfield—Judge Shearouse. May 11, 1925.

*Hugh R. Tarver, Clarence T. Guyton,* for plaintiff in error.
*J. H. Howard,* contra.